UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON M. SORIANO,<br><br>        Plaintiff,<br><br>   v.<br><br>M. E. SPEARMAN, et al.,<br><br>        Defendants. | No. 2:17-cv-1617 DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 14, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

    2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

Dated: October 30, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/sori1617.36amc