SORIANO, LEON K15721
_Name and Prisoner/Booking Number_

CALIFORNIA STATE PRISON, LOS ANGELES CO.
_Place of Confinement_

P.O. BOX 4490
_Mailing Address_

LANCASTER, CALIFORNIA 93539
_City, State, Zip Code_

**FILED**

MAR 05 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON MICHEAL SORIANO ,
_(Full Name of Plaintiff)_          Plaintiff,

v.

(1) M.E. SPEARMAN ,
_(Full Name of Defendant)_

(2) G. SPEERS ,

(3) S. KELLY ,

(4) _____ ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-CV-1617 DBP
_(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: HIGH DESERT STATE PRISON, SUSANVILLE CALIFORNIA

## B. DEFENDANTS

1. Name of first Defendant: M.E. SPEARMAN . The first Defendant is employed as:
   WARDEN at HIGH DESERT STATE PRISON .
   (Position and Title)                                  (Institution)

2. Name of second Defendant: G. SPEERS . The second Defendant is employed as:
   YARD SGT at HIGH DESERT STATE PRISON .
   (Position and Title)                                  (Institution)

3. Name of third Defendant: S. KELLY . The third Defendant is employed as:
   YARD SGT at HIGH DESERT STATE PRISON .
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: K. GROTHERS . The fourth Defendant is employed as:
   FACILITY CAPTAIN at HIGH DESERT STATE PRISON .
   (Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LEON M. SORIANO v. NARANJO et. al
      2. Court and case number: 1:90 - CV - 985 - MJS P.C.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED
         DUE TO DEFENDANT DROPING it.

   b. Second prior lawsuit:
      1. Parties: LEON M. SORIANO v. DAVID DAVIES et. al.
      2. Court and case number: ID 1:15-CV-01271-GSA
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED
         DID NOT MEET DEAD LINE

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

**CLAIM I**

1. State the constitutional or other federal civil right that was violated: _8TH AMENDMENT_
CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care

   ☐ Disciplinary proceedings     ☐ Property     ☑ Exercise of religion     ☐ Retaliation

   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PRISONER WAS PLACED IN A SITUATION THAT CAUSED EXTREME STRESS PRISONER IS A MUSLIM WHO PRACTICES HIS RELIGIONAL BELIEFS AND LAWS. YARD SGT SPEERS WOULD NOT ALLOW PRISONER TO INSIDE CHAPEL SO HE COULD DO HIS PRAYERS AS PERSCRIBED. HE STATED THAT HE MUST PERFORM HIS PRAYERS OUTSIDE IN A FENSED OFF AREA. IT WAS IN EXTREME COLD IT WAS SNOWING AND EXTREMELY COLD. PRISONER IS REQWIRED TO PROSTRATE PLACING HIS FOROHEAD ON THE GROUND. EVERY FRIDAY SAID SGT SPEERS WOULD DENY HIM ACCESS TO CHAPEL ATTEMPTING TO USE THE EXCUSE THAT THEIR THEORY WAS NO IMAN, HOWEVER HE ALLOWED OTHER RELIGIOUS GROUPS TO USE THE INSIDE CHAPEL. PRISONER AS WELL AS OTHER MUSLIMS APPLIED SGT SPEERS ACTIONS THE APPEAL WAS DENIED BY SGT S. KELLY, KNOWING THAT PRISONER WAS PUT INTO SAID POSITION. THROUGH THE COMPLETE WINTER WHICH SNOW, RAIN AND MUD IS ON THE GROUND CONSTANTLY, PLACING PRISONER IN A CRUEL, PUSHINMENT FASHION KNOWING THAT PRISONER WOULD BE PLACED IN DANGER. WARDEN M.E SPEARMAN CREATED THE MEMO WHICH WAS CIRCULATED PLACED PRISONER AS WELL AS OTHERS IN A SITUATION OF CRUEL AND UNUSUAL PUNISHMENT

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PRISONER RECIEVED INSECT BITES AND CAUGHT CONTINUES COLDS WHICH BEING A SURVING CANCER PATIENT WHO HAS A COMPROMISED IMUNO SYSTEM. WHICH PLACED HIM IN HOSPITAL DUE TO ACTIONS OF SAID PRISON STAFF.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?     ☐ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. PETITIONER WAS PART OF A GROUP APPEAL, HOWEVER WAS INSTRUCTED THAT HE COULD NOT REPRESENT A CLASS ACTION PER COURT ORDER.

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities          ☐ Mail          ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion       ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                        ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                    ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?           ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

PRISONER PRAYS THAT THE HONORABLE COURT GRANT PRISONER $5,000 DOLLARS FOR HIS SUFFERING AT THE HANDS OF HDSP ACTIONS WHICH CAUSED HIM PAIN.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/23/18___
　　　　　　　　DATE　　　　　　　　　　　　　　　SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.